IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARI A. MAINES, SHARON K. MCCANN,
JELANI MCCLAIN, JASSEMINE M.
JOHNSON, TOMMY K. SMITH and DEVON
D. JONES,

    Plaintiffs,

    vs.

MARK KIDD, *individually and doing business as* CENTRAL PARK DRIVE THRU,

    Defendant.

Case No. 12-cv-915-JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated:  April 9, 2013

NANCY J. ROSENSTENGEL, **Clerk of Court**

By:s/Deborah Agans, Deputy Clerk


Approved:   s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**